# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2017

Stephen J. Markman,
Chief Justice

154910

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellant,

v

ROY WOODROW DELARYE, JR.,
  Defendant-Appellee.
_____/

SC: 154910
COA: 327775
Marquette CC: 14-052869-FC

On order of the Chief Justice, the application for leave to appeal is DISMISSED as untimely filed, having been erroneously filed and docketed from a Court of Appeals opinion dated October 13, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2017



Clerk